```
        IN THE UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF DELAWARE
```

KOMARR D. ROLLINS,              )
                                )
        Plaintiff,               )
                                )
    v.                           )  Civ. No. 05-036-KAJ
                                )
T. MCREYNOLDS, OFFICER           )
PRESTON, R. WILLIAMS,            )
                                )
        Defendants.              )

**ORDER**

WHEREAS, the plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on February 15, 2005, this Court entered an order granting leave to proceed in forma pauperis and requiring the plaintiff to complete and return an authorization form (D.I. 4);

WHEREAS, the authorization form was to be filed within thirty (30) days from the date the order was sent or the case would be dismissed;

WHEREAS, to date, the authorization form has not been received from the plaintiff;

THEREFORE, at Wilmington this __1st__ day of ___April___, 2005, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

_____
United States District Judge